■ (A) MURRAY G. AMEY et al., Respondents, v. ALTADALE CORPORATION, Appellant, et al., Defendants. (B) FRANCIS ANSON et al., Respondents, v. EARL W. PHILLIPS et al., Appellants. (C) In the Matter of the Probate of the Will of LUIGI FRANGELINE, Deceased. (D) JENSS BUILDING CORPORATION, Appellant, v. STEPHEN NIKITAS, Respondent. (E) NEW YORK TRANSIT COMPANY, INC., Respondent, v. NICHOLAS BODNAR, SR., et al., Appellants, et al., Defendants. (F) DOROTHY R. ROBINSON, Appellant, v. JOHN E. ROBINSON, Respondent. (G) In the Matter of the Final Accounting of THOMAS W. SLAIGHT, as Executor of LUELLA H. GAMBLE, Deceased. (H) ANNAMARIE SWANSON, as Administratrix, Respondent, v. EVANS OILS, INC., et al., Appellants. (I) WALTER E. WILCOX, JR., Appellant, v. CHARLES W. HUNTER, Respondent.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before August 1, 1961.

■ MILDRED PELHAM, as Administratrix of the Estate of EARL C. PELHAM, Deceased, Respondent, v. COUNTY OF ONONDAGA, Appellant.— Motion to vacate rule X (App. Div. Fourth Dept. Rules) dismissal granted on condition that original record and appellant's brief are filed on or before August 1, 1961; motion denied as to adding case to May 1961 Term Calendar.

■ LESTER WARRIOR, Appellant, v. MARTIN HARRIS, Respondent.— Motion granted to file brief *amicus curiae*.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERARD DENNIS, Respondent, v. WARDEN OF AUBURN PRISON, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LYONS LETTS, Appellant.— Motion granted and time for filing briefs enlarged to June 1, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK E. SIZEMORE, Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Appellant.— Case removed from May 1961 Calendar, to be placed on September 1961 Calendar, and Eugene G. Lamb, Esq., permitted to withdraw as attorney for the respondent. Respondent is directed to file briefs on or before August 15, 1961.

■ (A) MICHAEL BARATTA, JR., v. STATE LIQUOR AUTHORITY. (B) FRANK E. BARRY, Appellant, v. CITY OF SYRACUSE, Respondent. (C) ALFRED KUBERA, Plaintiff, v. COLORADO FUEL & IRON CORP., Respondent, and EICHLEAY CORP., Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL BUTTS, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CLINE, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LIPARI, Appellant. (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD KELLY, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— [In each action] Motion granted and case added to May 1961 Calendar.

■ In the Matter of ROCHESTER HISTORICAL SOCIETY, INC., et al., Appellants, v. HARRY B. CROWLEY et al., Constituting the Zoning Board of Appeals of the City of Rochester, Respondents, and ALEX-PARK, INC., Appellant. (Brief of intervenor-appellant to be filed on or before May 12, 1961.)

■ GENERAL EXPRESSWAYS, INC., Appellant, v. DENVER-CHICAGO TRUCKING CO., INC., et al., Respondents.— Motion granted to extent that appeals may be consolidated; otherwise denied.

■ In the Matter of the Construction of the Will of TINA H. HALE, Deceased.— Motion for final dismissal of appeal denied and appeal added to calendar for argument on May 11, 1961, and motion to extend time for filing records and briefs granted to the extent that time for filing and serving appellants' brief is extended to and including May 18, 1961 and time for filing and